**Jay DRIESEN, Rustic Home Builders LLC, Plaintiff–Appellant,**

v.

**Michael J. SMITH; Margaret A. Smith; Steven G. Haugaard; Cadwell, Sanford, Deibert & Garry, LLP; Stephen Landon; Brett Lovrien; Michael A. Henderson; James S. Simko; Peter Bendorf; Jim Loup; South Dakota Unified Judicial System; Moody County Clerk; Lillian Relf; Lisa Johnson, Deputy Clerk; David R. Gienapp, Honorable; Tim D. Tucker, Honorable; David Gilbertson, Chief Justice; John K. Konenkamp, Justice; Steven L. Zinter, Justice; Glen A. Severson, Justice; Lori S. Wilbur, Justice; Ruth Kooima; Michael J. Jacobsma;** John M. Murray; Iowa Judicial Branch; Don E. Courtney; James D. Scott; Jeffrey L. Poulson, Honorable, **Defendants–Appellees.**

**Other Possible, Unknown at this time, Defendant.**

**Brad Van Heuvelen, Defendant–Appellee.**

No. 14–1890.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 24, 2014.

Filed: Nov. 28, 2014.

Jay Driesen, Inwood, IA, pro se.

William Fuller, Eric T. Preheim, Fuller & Williamson, Alex M. Hagen, Cadwell & Sanford, Sioux Falls, SD, Steven K. Huff, Sheila S. Woodward, Johnson & Miner, Yankton, SD, Michael J. Jacobsma, Jacobsma & Clabaugh, Sioux Center, IA, Michael P. Jacobs, Rawlings Law Firm, Timothy A. Clausen, Klass Law Firm, Zachary S. Hindman, Sioux City, IA, Robert B. Anderson, May & Adam, Pierre, SD, Chantelle C. Smith, Department Of Justice, Des Moines, IA, for Defendants–Appellees.

Steven G. Haugaard, Sioux Falls, SD, pro se.

Michael A. Henderson, Sioux Falls, SD, pro se.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Jay Driesen appeals the district court's[1] dismissal of his civil complaint asserting that his rights were violated in connection with prior state-court proceedings. Upon careful de novo review, we agree with the district court that it lacked subject matter jurisdiction. *See Minch Family LLLP v. Buffalo–Red River Watershed Dist.*, 628 F.3d 960, 965 (8th Cir.2010) (de novo standard of review). We also conclude that the district court did not abuse its discretion in denying Driesen's request for leave to amend his complaint. *See `Horras v.* *Am. Capital Strategies, Ltd.*, 729 F.3d 798, 804 (8th Cir.2013) (district court has considerable discretion to deny post-judgment motion for leave to amend), *cert. denied*, —— U.S. ——, 134 S.Ct. 1346, 188 L.Ed.2d 310 (2014).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.